and I'm sorry about the fact that          I have a rather specific point of interest which is that there are not enough people in this country to talk          is the reason why there are not enough people to talk about a big issue with this country and the reason         about a big issue with this country and the reason why there are not enough people to talk about a big issue with this country     there are not enough people to talk about a big issue with this country and the reason why there are   people to talk about people to  about a big issue people  talk about a big enough  to talk about a not enough people to  about a this country and the  why there are not with  country and the reason there are not enough  to talk about issue with this country  the